UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREA MARIE COZART-LUNDIN, et al.,

      Plaintiffs,

                                          Case No. 1:24-cv-1333

v.

                                          HON. JANE M. BECKERING

LOANCARE, LLC, et al.,

      Defendants.

_____/

## ORDER

      This is a civil action brought by *pro se* litigants.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 9) on February 21, 2025, recommending that this matter be dismissed as to Plaintiff Cozyartz Media Group, LLC for want of prosecution and failure to comply with the rules and orders of this Court.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

      **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 9) is APPROVED and ADOPTED as the Opinion of the Court.  This matter as to Plaintiff Cozyartz Media Group, LLC is DISMISSED for want of prosecution and failure to comply with the rules and orders of this Court.

Dated: March 14, 2025                            /s/ Jane M. Beckering
                                            JANE M. BECKERING
                                          United States District Judge